**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DOMINGO COLON-MONTANEZ, | |
| Petitioner, | CIVIL ACTION NO. 3:15-CV-02460 |
| | (JUDGE CAPUTO) |
| v. | |
| THERESA A. DELBALSO, et al., | (MAGISTRATE JUDGE MEHALCHICK) |
| Respondents. | |

## ORDER

**NOW**, this 23rd day of May, 2016, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Mehalchick's Report and Recommendation (Doc. 7) is **ADOPTED in its entirety**.

(2) The Clerk of Court is directed to mark this case as **CLOSED**.

(3) Petitioner's Motion for Leave to Proceed *in pauperis* (Doc. 8) is **DENIED as moot**.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge